IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RYSZARD MICHAL BORYS,

    Appellant,

v.

CHASE HOME FINANCE, LLC,

    Appellee,

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-761-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered granting appellee Chase Home Finance, LLC's motion to dismiss this appeal for lack of jurisdiction.

_____      _2-1-2011_
Peter Oppeneer, Clerk of Court          Date